~~Troy Monge, Esq.~~
~~Law Offices of Martin Taller, APC~~
~~2300 E. Katella Avenue, Suite 440~~
~~ANAHEIM, CALIFORNIA 92806~~
~~TELEPHONE (714) 385-8100~~
~~troymonge@hotmail.com~~

~~Attorney Bar #217035~~
~~Attorneys for Genoveva Torres~~

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENOVEVA TORRES,<br><br>    Plaintiff,<br><br>    v<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. SACV 13-01195 AN<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of THREE THOUSAND SIX HUNDRED FORTY-FIVE DOLLARS and NO CENTS ($3,645.00) for attorney fees and TWENTY-ONE DOLLARS and NINETY-ONE CENTS ($21.91) for costs, as authorized by 28 U.S.C. §§1920 and 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: June 9, 2014

                                                    _____
                                                  THE HONORABLE ARTHUR NAKAZATO
                                                  UNITED STATES MAGISTRATE JUDGE